**Appeal Dismissed and Memorandum Opinion filed June 4, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00102-CV

---

**DELMA  FUENTES, Appellant**

**V.**

**LINDA  COVINGTON, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1123309**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed January 14, 2019. The clerk's record was filed February 15, 2019. The reporter's record was not filed. Appellant has not filed her appellate brief.

On May 7, 2019, this court issued an order stating that unless appellant filed a brief on or before May 22, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, Hassan.